UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:01CR88 |
| | ) | |
| v. | ) | ORDER DISMISSING PETITION |
| | ) | WITHOUT PREJUDICE |
| KEVIN BISHOP | ) | |

Upon motion of the United States, it is hereby ORDERED that petition seeking to revoke the defendant's supervised release and accompanying warrant are DISMISSED without prejudice, thus permitting the U.S. Probation Office and the United States to re-file the petition at a later date.

Signed: January 7, 2011

Graham C. Mullen
United States District Judge